UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAREN SMITH,                                       Index No.: 07cv2685 (DAB)

                              Plaintiff,

-vs-

ANXIETY/ ARDMORE BLOUSES, INC. et al.,

                              Defendants.
-----------------------------------------------------------------X

## **ORDER APPROVING STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

The Parties having stipulated to the discontinuance with prejudice of the above-entitled action by the Stipulation of Discontinuance with Prejudice, signed and dated July 9, 2007 (the "Stipulation"); and good and sufficient cause appearing therefore it is

**ORDERED** that the above entitled action be, and hereby is, Discontinued with Prejudice in accordance with the Stipulation.

Dated: July __, 2007
       New York, New York

                                                  _____
                                                  HON. DEBORAH A. BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAREN SMITH

                              Plaintiff,

-against-

ANXIETY/ ARDMORE BLOUSES, INC., et al.

                              Defendant.
------------------------------------------------------------X

Index No.: 07 CIV 2685

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and it hereby is, discontinued with prejudice, including the complaint therein, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 9, 2007
        New York, New York

LAZARUS & LAZARUS, P.C.
*Attorneys for Defendants*

By: _____
    Harlan M. Lazarus (HML-0268)
    240 Madison Avenue, 8th Floor
    New York, New York 10016

BERNADETTE A. SMITH, P.C.
*Attorneys for Plaintiff*

By: _____
    Bernadette A. Smith (BS 3536)
    65 Broadway, Suite 508
    New York, New York 10006