UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAREN SMITH,

                      Plaintiff,

-vs-

ANXIETY/ ARDMORE BLOUSES, INC. et al.,

                      Defendants.
-----------------------------------------------------------------X

Index No.: 07cv2685 (DAB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3, 2007
```

# ORDER APPROVING STIPULATION OF DISCONTINUANCE WITH PREJUDICE

The Parties having stipulated to the discontinuance with prejudice of the above-entitled action by the Stipulation of Discontinuance with Prejudice, signed and dated July 9, 2007 (the "Stipulation"); and good and sufficient cause appearing therefore it is

**ORDERED** that the above entitled action be, and hereby is, Discontinued with Prejudice in accordance with the Stipulation.

Dated: July __, 2007
       New York, New York

                                              _Deborah A. Batts_
                                              HON. DEBORAH A. BATTS  8/1/07